**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAYON PAYNE,

        Plaintiff,

v.                                                                                          Case No:   6:25-cv-615-WWB-LHP

LISA T. MUNYON, REGINALD WHITEHEAD, ERIC J. NETCHER, LUIS CALDERON, MICHAEL DEEN, PATRICIA STROWBRIDGE, DAN TRAVER, JOHN K. STARGEL, KEITH WHITE, MARY ALICE NARDELLA, JOSHUA A. MIZE, PAETRA T. BROWNLEE, ROGER GANNAM, JARED E. SMITH, BRIAN D. LAMBERT, JANE YORK PUNNEO, TIFFANY MOORE RUSSELL, ERIC PARKE LARUE, II , DONALD DEMPSEY, KRISTA N. CAMMACK, BENJAMIN KOESTER, STUART GLENN, KIMBERLY LOPEZ, ASHA WEDEMIER-ALLAN, JOHN RINE, SHANNON ELIZABETH MURPHY, MARY J. WALTER, MICHAEL R. D'LUGO, KRISTEN M. FIORE, CAITLIN R. POLCARO, PAUL IRVIN, ANDREW IRVIN, JOHN FULLER, PETER MAGNANI, NAVY FEDERAL CREDIT UNION, RLW REALTY, LLC, THE LARUE FIRM PLLC, DONALD DEMPSEY, P.A., LEWIS BRISBOIS BISGAARD & SMITH LLP, IRVIN & IRVIN, PLLC, WALTER APPEALS & GENERAL

LITIGATION, JERMAINE CARLOS DIAZ, JULIYA STAR, MELISSA SUE AMARAL, LOGAN WILSON, ELIZABETH JEAN, DAVID HUTCHINSON and LAUREN BURROWS,

    Defendants

## ORDER
(And Direction to Clerk of Court)

Before the Court is Plaintiff's Motion for Electronic Service of Clerk Issued Filings, by which Plaintiff, proceeding *pro se*, asks for service of Court documents in this case via email. Doc. No. 4. "[T]he Court in its discretion may grant *a pro se* party permission to receive electronic notifications." *Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023); *see also Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (M.D. Fla. Jan. 29, 2025) (allowing service of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same). Accordingly, Plaintiff's motion (Doc. No. 4) is **GRANTED**, and the Clerk of Court is directed to add Plaintiff's email

address, kekomardi@gmail.com, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings.[1]

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Plaintiff does not request access to filing documents via CM/ECF, nor does this Order allow it.   As Plaintiff notes, Plaintiff may submit filings online through the Court's web portal.   *See Moore*, 2023 WL 4947933, at *1.

- 3 -