# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RAYON PAYNE,

        Plaintiff,

v.                                                          Case No:   6:25-cv-615-WWB-LHP

LISA T. MUNYON, REGINALD WHITEHEAD, ERIC J. NETCHER, LUIS CALDERON, MICHAEL DEEN, PATRICIA STROWBRIDGE, DAN TRAVER, JOHN K. STARGEL, KEITH WHITE, MARY ALICE NARDELLA, JOSHUA A. MIZE, PAETRA T. BROWNLEE, ROGER GANNAM, JARED E. SMITH, BRIAN D. LAMBERT, JANE YORK PUNNEO, TIFFANY MOORE RUSSELL, ERIC PARKE LARUE, II , DONALD DEMPSEY, KRISTA N. CAMMACK, BENJAMIN KOESTER, STUART GLENN, KIMBERLY LOPEZ, ASHA WEDEMIER-ALLAN, JOHN RINE, SHANNON ELIZABETH MURPHY, MARY J. WALTER, MICHAEL R. D'LUGO, KRISTEN M. FIORE, CAITLIN R. POLCARO, PAUL IRVIN, ANDREW IRVIN, JOHN FULLER, PETER MAGNANI, NAVY FEDERAL CREDIT UNION, RLW REALTY, LLC, THE LARUE FIRM PLLC, DONALD DEMPSEY, P.A., LEWIS BRISBOIS BISGAARD & SMITH LLP, IRVIN & IRVIN, PLLC, WALTER APPEALS & GENERAL

LITIGATION, JERMAINE CARLOS DIAZ, JULIYA STAR, MELISSA SUE AMARAL, LOGAN WILSON, ELIZABETH JEAN, DAVID HUTCHINSON and LAUREN BURROWS,

          Defendants

## ORDER

Before the Court is Plaintiff's Motion for Full Disclosure to Ensure Fairness and Transparency. Doc. No. 5. Plaintiff, who proceeds *pro se*, asks that the Court require Defendants to submit certain disclosures "that clarify their legal relationships, potential conflicts of interest, and other relevant connections that may compromise the fairness of these proceedings." *Id.* at 1.

On review, the motion (Doc. No. 5) is **DENIED without prejudice**. The motion fails to comply with Local Rule 3.01(a), and relatedly, fails to establish the propriety of the relief sought. In addition, to the extent Plaintiff seeks to compel compliance by Defendants, the motion is premature—Defendants have not yet been served nor have they appeared in the case.

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2025.

                                        */s/ Leslie Hoffman Price*
                                        LESLIE HOFFMAN PRICE
                                        UNITED STATES MAGISTRATE JUDGE

- 3 -

Copies furnished to:

Counsel of Record
Unrepresented Parties