**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAYON PAYNE,

        Plaintiff,

v.                                                              Case No:   6:25-cv-615-AGM-LHP

LISA T. MUNYON, REGINALD WHITEHEAD, ERIC J. NETCHER, LUIS CALDERON, MICHAEL DEEN, PATRICIA STROWBRIDGE, DAN TRAVER, JOHN K. STARGEL, KEITH WHITE, MARY ALICE NARDELLA, JOSHUA A. MIZE, PAETRA T. BROWNLEE, ROGER GANNAM, JARED E. SMITH, BRIAN D. LAMBERT, JANE YORK PUNNEO, TIFFANY MOORE RUSSELL, ERIC PARKE LARUE, II , DONALD DEMPSEY, KRISTA N. CAMMACK, BENJAMIN KOESTER, STUART GLENN, KIMBERLY LOPEZ, ASHA WEDEMIER-ALLAN, JOHN RINE, SHANNON ELIZABETH MURPHY, MARY J. WALTER, MICHAEL R. D'LUGO, KRISTEN M. FIORE, CAITLIN R. POLCARO, PAUL IRVIN, ANDREW IRVIN, JOHN FULLER, PETER MAGNANI, NAVY FEDERAL CREDIT UNION, RLW REALTY, LLC, THE LARUE FIRM PLLC, DONALD DEMPSEY, P.A., LEWIS BRISBOIS BISGAARD & SMITH LLP, IRVIN & IRVIN, PLLC, WALTER APPEALS & GENERAL

LITIGATION, JERMAINE CARLOS DIAZ, JULIYA STAR, MELISSA SUE AMARAL, LOGAN WILSON, ELIZABETH JEAN, DAVID HUTCHINSON, LAUREN BURROWS, CARRIE ANN WOZNIAK, SHANNON RAMOS, MASON LAW OFFICE, AKERMAN LLP, WICKER SMITH O'HARA MCCOY & FORD P.A., CHARLES T. CANADY, JORGE LABARGA, JOHN D. COURIEL, JAMIE R. GROSSHANS, RENATHA FRANCIS, CARLOS G. MUNIZ, MEREDITH L. SASSO, CAROLINA ARGUELLO, CHERRY JORDAN, DANA LUCAS and ADDISON B. HICKS,

     Defendants

## ORDER

Before the Court is an Emergency Motion to Correct the Record, Withdraw Tainted Pleadings, and Request to Stay or Vacate Proceedings Due to Fraud Upon the Court, filed by Plaintiff, who appears *pro se*.  Doc. No. 35.

By the motion, Plaintiff appears to ask the Court to "correct" the record from other court proceedings, namely the underlying state court case on which his complaint is based.  Doc. No. 35.  Plaintiff says that the state court record was "corrupted," by "ghost-filing and unauthorized practice of law," as well as records allegedly missing from the state court case, and that he filed his pleadings and other

- 2 -

documents in this Court based on such "corrupted" record.  *Id.*  Plaintiff asks the Court to take judicial notice of "the fraud upon the court," "vacate, stay, or withdraw all proceedings" dependent on the "fraud," and "preserve Plaintiff's ability to refile claims based on a corrected and uncontaminated record."  *Id.* at 5.

Plaintiff's motion cites no legal authority that would support the propriety of the relief sought, however.  *Id.*  Plaintiff cites Federal Rules of Civil Procedure 11 and 60(b), but provides no legal authority demonstrating that those Rules would apply to a claim that there was fraud on a state court during state court proceedings. Doc. No. 35, at 4.  *Cf. Wright v. Ashton*, No. 6:17-cv-436-Orl-41DCI, 2018 WL 11691496, at *2 (M.D. Fla. Feb. 21, 2018) ("Rule 11 applies only to assertions contained in papers filed with or submitted to this Court."); *Brinson v. Sec'y, Dep't of Corr.*, No. 8:14-cv-3050-T-36AEP, 2017 WL 11527981, at *1 (M.D. Fla. Nov. 21, 2017) ("[T]o the extent Petitioner brings the motion under Rule 60(d)(3), the motion fails, since the alleged fraud he identifies was perpetrated against the state court."). Plaintiff also cites *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238, 246 (1944), for the proposition that "fraud that defiles the integrity of the judicial process cannot be tolerated."  Doc. No. 35, at 4.  While true, Plaintiff cites no legal authority demonstrating that fraud allegedly perpetrated before a state court provides Plaintiff grounds to seek to "correct" the record here, particularly absent a ruling from the state court finding same.

Accordingly, upon due consideration, the motion (Doc. No. 35) will be **DENIED**. To the extent that Plaintiff is asking that he "correct" his own pleadings in this case, Plaintiff shall file a motion to amend under Federal Rule of Civil Procedure 15, explicitly requesting same. Of course, if Plaintiff is seeking to withdraw his pleadings/this case, he may file a notice of voluntary dismissal under Federal Rule of Civil Procedure 41.

**DONE** and **ORDERED** in Orlando, Florida on February 4, 2026.

*[Signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties