# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 09, 2026

Rayon Payne
8815 CONROY WINDERMERE RD STE 208
ORLANDO, FL 32835

Appeal Number: 25-12566-H
Case Style: In re: Rayon Payne
District Court Docket No: 6:25-cv-00615-WWB-LHP

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12566

_____

In re: RAYON PAYNE,

                                                          *Petitioner.*

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Middle District of Florida
D.C. Docket No. 6:25-cv-00615-WWB-LHP

_____

Before ROSENBAUM, NEWSOM, and ABUDU, Circuit Judges.

BY THE COURT:

      Rayon Payne, proceeding pro se, has filed a petition for a writ of mandamus arising out of his civil proceedings in the U.S. District Court for the Middle District of Florida. We previously denied leave to proceed in forma pauperis as to the mandamus petition, but Payne then paid the filing fee. On January 19, 2026, after

2                              Order of the Court                          25-12566

he paid the filing fee, Payne filed a motion with this Court requesting that we take judicial notice of facts, "vacate or stay proceedings," allow him to "withdraw this appeal without prejudice or reset it on a corrected record," and preserve his ability to refile once the record is correct.

A petitioner may voluntarily dismiss his appeal. Fed. R. App. P. 42(b)(2); 11th Cir. R 42-1(a) ("Stipulated Dismissal Agreements and Motions to Dismiss by Appellants or Petitioners"). We generally grant voluntary motions to withdraw appeals. *See, e.g., Showtime/The Movie Channel, Inc. v. Covered Bridge Condo. Ass'n, Inc.*, 895 F.2d 711, 713 (11th Cir. 1990) ("[T]his circuit routinely grants unopposed motions to withdraw the appeal before its submission to a panel for decision.").

Here, we construe Payne's January 19 motion as a motion to voluntarily dismiss the instant mandamus petition without prejudice. We **GRANT** the construed motion and dismiss Payne's mandamus petition without prejudice.